**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ILONA EHRLICH**
*Assistant Corporation Counsel*
Phone: (212) 356-2549
iehrlich@law.nyc.gov

September 8, 2026

Defendant's request is GRANTED. The initial pretrial conference currently scheduled for September 28, 2026 is adjourned to November 10, 2026 at 10:00 a.m. Parties are directed to dial into the Court's teleconference number at 646-453-4442, Conference ID# 358639322, and follow the necessary prompts.

September 11, 2026

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**Via ECF**
Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Morris, et al v. NYC Health + Hospitals
No.: 26-cv-05522-LJL

Dear Judge Liman:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, attorney for Defendant in the above-referenced action.

In accord with Rule I (D) of Your Honor's Individual Rules of Practice, and with apologies to the Court for this late request as I was only assigned this matter today, I write to respectfully request a 60-day extension of time for Defendant to respond to the Complaint from September 9, 2026 to November 9, 2026. This is Defendant's first request for an extension of time to respond to the Complaint. The requested extension will allow my office additional time to fully investigate this matter and evaluate how to respond to the Complaint.

Additionally, Defendant respectfully requests an adjournment of the Initial Pretrial Conference, currently scheduled for September 28, 2026 to a date after November 9, 2026. ECF No. 9. Defendant emailed Plaintiff's counsel for consent of this request but have not heard back.

I thank the Court for its consideration of this request.

Respectfully submitted,

Ilona J. Ehrlich

Ilona Ehrlich
Assistant Corporation Counsel

cc: All counsel of record (via ECF)